**■** In the Matter of BEVERLY J. JACKSON, Appellant, v TIM O. MAINS et al., as Candidates for the Rochester City Council At-Large, et al., Respondents.—Order unanimously reversed, on the law, without costs, and petition reinstated. Memorandum: Special Term incorrectly concluded that the petition was insufficient. In our view the petition taken as a whole permitted the court to reach the merits. Pleadings should be liberally construed (CPLR 3026; *see, H. M. Brown, Inc. v Price,* 38 AD2d 680).

Furthermore, it was not necessary for petitioner to object in order to preserve the right for judicial review. Election Law § 16-106 allows a proceeding to protest the actions of the Board for the first time in Supreme Court. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—Election Law.) Present—Doerr, J. P., Green, O'Donnell, Pine and Schnepp, JJ. (Order entered Dec. 13, 1985.)

**■** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOANN McDONALD, Appellant.—Motion to amend remittitur granted and the words "Federal and State" are inserted before the words "due process" in the memorandum decision of this court dated July 12, 1985 (112 AD2d 722). Present—Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.

**■** In the Matter of BRIAN DAVIS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Motion for reargument granted and, upon reargument, judgment unanimously reversed and petition dismissed *(see, Matter of Semper v Smith,* 66 NY2d 130). Present—Hancock, Jr., J. P., Doerr, Green, O'Donnell and Schnepp, JJ.

**■** In the Matter of MARK HUGHES, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Motion for reargument granted and, upon reargument, judgment unanimously reversed and petition dismissed *(see, Matter of Semper v Smith,* 66 NY2d 130). Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

**■** In the Matter of ROBERT PONDEXTER, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Motion for reargument granted and, upon reargument, judgment unanimously reversed, on the law, and petition dismissed *(see, Matter of Semper v Smith,* 66 NY2d 130). Moreover, the hearing officer's designation was proper *(Matter of Purnell v Kelly,* 115 AD2d 1010), and a review